JAMES MATTHEW BROWN, Esq. (#98922)
LAW OFFICES OF JAMES MATTHEW BROWN, APLC
2044 First Avenue, Suite 200
San Diego, California 92101-2079
Telephone: (619) 238-0815

Attorney for Defendant Jose Mendoza Balcazar

FILED
2008 FEB 27 PM 3: 26
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____KNIX_____DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JOSE MENDOZA BALCAZAR,<br><br>  Defendant. | Case No.   07-6CR0657-WQH<br><br>ORDER ON EX-PARTE APPLICATION FOR INTERIM PAYMENT |

## ORDER

**IT IS HEREBY ORDERED** that due to the length of this case, and the fees accumulated thus far, Court Appointed Attorney, JAMES MATTHEW BROWN, APLC may submit interim CJA vouchers and receive payment under the Criminal Justice Act for defense attorney fees accrued during the pendency of this case. For the purposes of Interim Payments this order is deemed continuing in nature until the conclusion to the case.

  IT IS ALSO FURTHER ORDERED THAT due to the significant issues involved in the case, the time associated therewith, volume of discovery, pending substantive

motions and trial, counsel's preparation, trial ability and negative impact on his practice, the Court finds counsel is entitled to fees in excess of the statutory maximum of $7,500.00.

Said application is GRANTED.

Dated: 2/27/08

HONORABLE WILLIAM Q. HAYES
United States District Court Judge